**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                               :    Chapter 11
:
**SOLUTIA INC.,** *et al.*,                        :    Case No. 03-17949 (PCB)
:
       Debtors.                               :    (Jointly Administered)
------------------------------------------------------------------x

**THIS ORDER APPLIES TO:**

| | | | |
|---|---|---|---|
| **X** | All Debtors | ___ | Axio Research Corporation |
| ___ | Solutia Inc. | ___ | Solutia Investments, LLC |
| ___ | Solutia Business Enterprises Inc. | ___ | Beamer Road Management Company |
| ___ | Solutia Systems, Inc. | ___ | Monchem, Inc. |
| ___ | Solutia Overseas, Inc. | ___ | Solutia Inter-America, Inc. |
| ___ | CPFilms Inc. | ___ | Solutia International Holding, LLC |
| ___ | Solutia Management Company, Inc. | ___ | Solutia Taiwan, Inc. |
| ___ | Monchem International, Inc. | ___ | Solutia Greater China, Inc. |

**ORDER EXTENDING THE EXCLUSIVE PERIODS PURSUANT TO**
**SECTION 1121(d) OF THE BANKRUPTCY CODE AND DENYING**
**THE EQUITY COMMITTEE'S MOTION TO TERMINATE EXCLUSIVITY**

Upon Solutia's Motion for an Order Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code and Response to the Equity Committee's Motion to Terminate Exclusivity (the "Motion");[1] the Memorandum of Law in Support of the Motion, the accompanying Declarations of Jeffry N. Quinn and Todd R. Snyder, and upon consideration of the supporting papers and the files and records in these cases; upon consideration of the Equity Committee Motion; and upon the arguments and testimony presented at a hearing before the Court, if any (the "Hearing"); and any objections to the Motion having been withdrawn or

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

overruled on the merits, this Court finds and concludes that: (a) the Court has jurisdiction over the subject matter of the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the legal and factual bases set forth in the Motion and on the record at the Hearing (if any) establish just cause for the relief granted herein; (d) cause exists under section 1121(d) of the Bankruptcy Code to further extend Solutia's Exclusive Periods for an additional 90 days; (e) the relief requested in the Motion is (i) necessary and appropriate to carry out the provisions of the Bankruptcy Code, (ii) essential to the continued operation of Solutia's businesses, and (iii) in the best interests of Solutia, its estates and its creditors; and (f) notice of the Motion was sufficient, and no other or further notice need by provided.

Based upon the above findings and conclusions, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to section 1121(d) of the Bankruptcy Code, Solutia's Exclusive Filing Period in which only Solutia may file a chapter 11 plan is extended up to and including July 30, 2007, and Solutia's Exclusive Solicitation Period in which to solicit acceptances of its chapter 11 plan is extended up to and including September 28, 2007.

2. The Equity Committee Motion is denied.

3. This Order is without prejudice to Solutia moving for further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

Dated: May 1, 2007
New York, New York

/s/ Prudence Carter Beatty
PRUDENCE CARTER BEATTY
UNITED STATES BANKRUPTCY JUDGE

2